E-FILED
Monday, 20 July, 2026  11:11:55 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| **GRANITE RE, INC.,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
|   **v.** | ) | **Case No. 26-cv-3125** |
| | ) | |
| **R&R VISION GLASS, LLC, ROBERT** | ) | |
| **MCGILL, III, and HEATHER MCGILL,** | ) | |
|     **Defendants.** | ) | |

<u>**OPINION**</u>

**COLLEEN R. LAWLESS, United States District Judge:**

Before the Court is Plaintiff's Motion for Default Judgment against Defendants R&R Vision Glass, LLC, Robert McGill, III, and Heather McGill (collectively, "Defendants"). (Doc. 11).

On May 15, 2026, United States Magistrate Judge Douglas J. Quivey granted Plaintiff's Motion for Default against Defendants for their failure to answer or otherwise defend in the time limits required by the Federal Rules of Civil Procedure and the rules of this Court. (Doc. 9). The Clerk entered default against Defendants on the same day. (Doc. 10). The Motion for Default Judgment (Doc. 11) is supported by Plaintiff's affidavit and documentary evidence, which establish a sum certain to which Plaintiff is entitled. Federal Rule of Civil Procedure 55(b)(1) provides that, when a plaintiff's claim is for a sum certain as established by affidavit showing the amount due, the plaintiff is entitled to judgment for that amount against a defendant who has been defaulted for not appearing.

Therefore, Plaintiff's Motion for Default Judgment as to Defendants (Doc. 11) is GRANTED.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is entitled to judgment against Defendants R&R Vision Glass, LLC, Robert McGill, III, and Heather McGill, jointly and severally, for the following amounts:

1. $77,269.20 for damages for the Defendants' breach of the indemnity agreement;

2. $8,922.71 in prejudgment interest (including $10.58 per day following May 20, 2026);

3. $405.00 in costs, pursuant to Rule 54(d) and 28 U.S.C. § 1920; and

4. Post-judgment interest at the rate provided by 28 U.S.C. § 1961, from the date of judgment until the judgment is satisfied.

ENTER: July 20, 2026

_____

COLLEEN R. LAWLESS
UNITED STATES DISTRICT JUDGE